**Jeffrey E. RICO, Petitioner—Appellant,**

v.

**Cal TERHUNE, Respondent—Appellee.**

No. 01–56692.

D.C. No. CV–00–00177–RJT.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM**

California state prisoner Jeffrey Rico appeals the district court's order denying his 28 U.S.C. § 2254 habeas corpus petition challenging his sentence under California's three-strikes law for petty theft with a prior in violation of California Penal Code § 666. Rico's contention that his 25–years–to–life sentence is grossly dispro-

portionate in violation of the Eighth Amendment is foreclosed by *Lockyer v. Andrade,* —— U.S. ——, 123 S.Ct. 1166, 1172–75, 155 L.Ed.2d 144 (2003) (holding that state court's affirmance of two consecutive 25–years–to–life sentences for petty theft was not contrary to or an unreasonable application of federal law), and *Ewing v. California,* —— U.S. ——, 123 S.Ct. 1179, 1185–90, 155 L.Ed.2d 108 (2003) (holding that 25–years–to–life sentence under the California three-strikes law did not violate the Eighth Amendment's prohibition on cruel and unusual punishment). The district court therefore properly denied Rico's petition. *Andrade,* 123 S.Ct. at 1175.

**AFFIRMED.**

REINHARDT, Circuit Judge, specially concurring.

I concur only under compulsion of the Supreme Court decision in *Andrade.* I believe the sentence is both unconscionable and unconstitutional.

PREGERSON, Circuit Judge, writing separately, dissenting in part.

In good conscience, I can't vote to go along with the sentence imposed in this case.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.